Gregory W. Humphreville (SBN 332341)
BELES & BELES LAW OFFICES
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Telephone: (510) 836-0100
Facsimile: (510) 832-3690
E-mail:   greg.beleslaw@gmail.com

Attorneys for Defendant
VICENTE ARELLANO BUENROSTO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **VICENTE ARELLANO BUENROSTO**, <br><br> Defendant. | Case No. 3:22-cr-00191-JSC-1 <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFICATION OF PRE-TRIAL CONDITIONS TO ALLOW DEFENDANT TO TRAVEL OUT OF DISTRICT FOR A 7-DAY VACATION** |

IT IS HEREBY STIPULATED, by and through counsel, Gregory W. Humphreville, attorney for Defendant Vicente Arellano Buenrosto, the Assistant United States Attorney, Hillary Irvin, attorney for the Unites States of America, and Jessica Portillo, United States Pre-Trial Services Officer, stipulate to allow Vicente Arellano Buenrosto to travel out of district for a 7-day vacation.

Defendant Vicente Arellano Buenrosto's next scheduled court hearing is for Sentencing on February 15, 2023.

Accordingly, it is stipulated that Vicente Arellano Buenrosto shall be allowed to travel out of the district for a 7-day vacation to visit Las Vegas, Nevada, to attend a sporting event and vacation with his wife, new baby, and child from December 28, 2022 through January 3, 2023.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: December 5, 2022        /s/ Gregory W. Humphreville
GREGORY W. HUMPHREVILLE,
Attorney for *VICENTE ARELLANO BUENROSTO*

DATED:  December 5, 2022        /s/ Hillary Irvin
HILLARY IRVIN
Assistant U.S. Attorney

DATED: December 5, 2022        /s/ Jessica Portillo
JESSICA PORTILLO
Pre-Trial Services

**IT IS SO ORDERED.**

DATED: December 16, 2022

_____
HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE